UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN MUKIIBI KIWANA,<br><br>                          Petitioner,<br><br>v.<br><br>CHRISTOPHER G. LAROSE, in his official capacity as Warden of CCA Detention facility, DANIEL BRIGHTMAN, in his official capacity as Field Office Director of the Immigration & Customs Enforcement and Removal Operations San Diego Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                          Respondents. | Case No.: 25-cv-3678-JES-SBC<br><br>**ORDER:**<br><br>**(1) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**<br><br>**(2) SETTING BRIEFING SCHEDULE; and**<br><br>**(3) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS and MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[ECF Nos. 1, 2]** |

      Before the Court is Petitioner Owen Mukiibi Kiwana's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Motion for Temporary Restraining Order ("TRO"), which were filed on December 19, 2025. ECF Nos. 1, 2.

      To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v.*

*Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition and TRO should not be granted by **FILING** a Response no later than 5:00 p.m. on **Monday, December 29, 2025**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition and TRO is necessary. Respondents **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner may FILE an optional Traverse in support of the Petition no later than 5:00 p.m. on **Wednesday, December 31, 2025**. Thereafter, the Court will take the matter under submission, no oral argument will be held unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge