UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN MUKIIBI KIWANA,<br><br>       Petitioner,<br><br>v.<br><br>CHRISTOPHER G. LAROSE, in his official capacity as Warden of CCA Detention facility, DANIEL BRIGHTMAN, in his official capacity as Field Office Director of the Immigration & Customs Enforcement and Removal Operations San Diego Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>       Respondents. | Case No.: 25-cv-3678-JES-SBC<br><br>**ORDER PROVIDING PARTIES NOTICE OF THE COURT'S INTENT TO CONSOLIDATE THE MOTION FOR A TEMPORARY RESTRAINING ORDER WITH A DETERMINATION ON THE MERITS PURSUANT TO FED. R. CIV. P. RULE 65(A)(2)**<br><br>[ECF Nos. 1, 2] |

  Before the Court is Petitioner Owen Mukiibi Kiwana's Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 and Motion for Temporary Restraining Order ("TRO"), which were filed on December 19, 2025. ECF Nos. 1, 2. Pursuant to the Court's Order to Show Cause, Respondents filed the Response. ECF No. 6, ("Res."). The Court then took the matter under submission.

|   |   |
|---|---|
| 1 | The Court provides notice to the Parties that it intends to consolidate the Motion for |
| 2 | a TRO with a determination on the merits under Rule 65(a)(2). *See* Fed. R. Civ. P. |
| 3 | 65(a)(2); *see also Slidewaters LLC v. Wash. State Dep't of Lab. & Indus.*, 4 F.4th 747, 759 |
| 4 | (9th Cir. 2021) (noting the court can invoke Rule 65(a)(2) by giving "clear and |
| 5 | unambiguous notice"). In other words, the Court intends to resolve both the Petition and |
| 6 | the TRO. |
| 7 | **IT IS SO ORDERED.** |
| 8 | Dated: January 5, 2026 |

Honorable James E. Simmons Jr.
United States District Judge